**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MICHAEL KWASNIK and SHAVONIA HUTCHENS,**

                  **Plaintiffs,**

-vs-                                                   Case No. 6:08-cv-926-Orl-31KRS

**CHARLEE FAMILY CARE SERVICES OF CENTRAL FLORIDA, INC.,**

                  **Defendant.**

## ORDER AND AMENDED NOTICE OF HEARING

Plaintiffs filed a Motion to Reschedule Hearing, Doc. No. 29, in which they represent that Plaintiff Hutchens will be unavailable to attend a hearing on the morning of January 6, 2009, because she was subpoenaed to testify in an unrelated state court case on that day. They ask that Plaintiff Kwasnik be permitted to attend the hearing by telephone because it would be a hardship for him to travel to Court from New Jersey. Finally, counsel for Plaintiffs ask that the hearing be scheduled on one of three dates convenient for them.

As stated in the original Order and Notice of Hearing, the evidentiary hearing in this matter has been scheduled because of the conflicting sworn statements signed by Plaintiffs and filed by their counsel. As such, it is necessary that each Plaintiff personally appear before the Court to testify regarding the facts at issue. Because it appears that the conflicting declarations were prepared and filed by counsel for Plaintiffs, it would be appropriate for counsel to pay for Plaintiff Kwasnik's travel and related expenses in appearing before the Court.

The Court will reschedule the hearing to accommodate the requirement that Plaintiff Hutchens appear in another Court proceeding. The Court will not, however, reschedule the

hearing for either date convenient for counsel because those dates are not convenient for the Court.

Accordingly, **TAKE NOTICE** that the evidentiary hearing previously scheduled for January 6, 2009, on Plaintiff's Renewed Motion for Entry of Default Final Judgment will be held before the undersigned on **WEDNESDAY**, **JANUARY 7, 2009** at **10:00 A.M.** in Courtroom #5D, U.S. Courthouse, 401 W. Central Boulevard, Orlando, Florida.  It is **ORDERED** that Plaintiffs Kwasnik and Hutchens, Attorneys C. Ryan Morgan and Richard Celler, Paralegal Silva and any other individual who participated in gathering information in support of or preparing the declarations referred to in the original Order and Notice of Hearing, Doc. No. 26, shall personally appear before the Court to present testimony explaining the reasons for the conflicting averments in the declarations filed by Morgan.  *See In re FLSA Cases*, No. 6:08-mc-49-Orl-UA-GJK, Doc. No. 24 at 9 (Report and Recommendation of Kelly, M.J.) (noting Attorney Celler is the head of the division at Morgan & Morgan that handles FLSA cases).

Attorney Morgan and Paralegal Silva shall also be prepared to testify about the manner in which time was recorded in this case, and the changes in the time sheets submitted in support of the initial motion for default judgment and the time sheet submitted in support of the renewed motion for default judgment.  *Compare* Doc. No. 23-4 at 2 (not disclosing the recorder or timekeeper for each entry) *with* Doc. No. 25-4 at 2 (disclosing a recorder and timekeeper for each entry).

It is further **ORDERED** that Attorney Morgan shall produce to the Court for *in camera* review at the hearing the complete record of time worked in this case as contemporaneously recorded.

Finally, it is further **ORDERED** that if any individual ordered to appear at the hearing requires an interpreter, Morgan & Morgan shall retain a qualified court interpreter to attend and translate the proceedings.

Attorney Morgan is **ORDERED** promptly provide a copy of this Order and Amended Notice of Hearing to all individuals who must personally appear at the hearing and to H. Scott Bates, Vice President/Managing Partner of Morgan & Morgan, *see* No. 6:08-mc-49-Orl-UA-GJK at Doc. No. 29, and to file a certificate of such service on or before December 19, 2008.

**Failure to appear in person at the hearing or to otherwise comply with the requirements of this Amended Order and Notice of Hearing may result in the imposition of sanctions against the non-appearing party or attorney, including but not limited to dismissal of the action.** *See* Fed. R. Civ. P. 16(f).

**DONE** and **ORDERED** in Orlando, Florida on December 15, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Any Unrepresented Party

**PLEASE NOTE**: **Photo I.D.** is required to enter the United States Courthouse. Also, **cellular telephones** and **laptop computers** are prohibited in the Courthouse unless otherwise allowed pursuant to order of the Court.