**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICHAEL KWASNIK and SHAVONIA
HUTCHENS,

                **Plaintiffs,**

-vs-                                   **Case No.  6:08-cv-926-Orl-31KRS**

CHARLEE FAMILY CARE SERVICES
OF CENTRAL FLORIDA, INC.,

                **Defendant.**

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed

herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFFS' RESPONSE TO ORDER AND NOTICE OF HEARING DATED DECEMBER 3, 2008, AND ORDER AND AMENDED NOTICE OF HEARING DATED DECEMBER 15, 2008 (Doc. No. 35)** |
| **FILED:** | **December 29, 2008** |

To the extent that this document is intended to be a request to cancel the evidentiary hearing

scheduled for January 5, 2009, the request is **DENIED**.  The response and the documents attached

thereto raise additional issues about the veracity of the various declarations submitted to the Court.

It is further **ORDERED** that  Judy Diaz, Quality Assurance Coordinator for Morgan &

Morgan P.A., shall attend the hearing and be prepared to testify regarding the time recording and

timekeeping system used at Morgan & Morgan, P.A.  Among other things, Ms. Diaz should be

prepared to testify how time worked by paralegals is captured by the timekeeping system for paralegals

whose initials are not in the system.  *See* Doc. No. 35 at 17 (Judy Diaz writes, "I need claudia's initials.  *They aren't in the system*."(emphasis added)).

The Court will not accept narrative testimony from attorneys or other witnesses.  Accordingly, an attorney shall be present to conduct examination of witnesses who testify at the hearing.  The Court also intends to inquire of the witnesses.

**DONE** and **ORDERED** in Orlando, Florida on December 30, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties