# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHAEL KWASNIK and SHAVONIA HUTCHENS,**

            **Plaintiffs,**

**-vs-**                                 **Case No. 6:08-cv-926-Orl-31KRS**

**CHARLEE FAMILY CARE SERVICES OF CENTRAL FLORIDA, INC.,**

            **Defendant.**

_____

# ORDER

This cause comes before the Court on Renewed Motion for Entry of Default Final Judge (Doc. No. 25) filed November 25, 2008.

On May 19, 2009, the United States Magistrate Judge issued a report (Doc. No. 53) recommending that the motion be granted, in part. No objections have been filed. Therefore, it is **ORDERED** as follows:

1.      That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.      That the Renewed Motion for Entry of Default Final Judge is granted in part as follows:

      a)      The Clerk is directed to enter judgment on behalf of Plaintiff, Michael Kwasnik and against Defendant in the amount of $17,642.22;

b) The Clerk is directed to enter judgment on behalf of Plaintiff, Shavonia

Hutchens and against Defendant in the amount of $21,902.40;

c) Counsel for Plaintiffs cannot withhold any amount o these damages from

Plaintiffs, whether pursuant to a retainer agreement or otherwise.

3. The Court declines to exercise supplemental jurisdiction over the FMWA claims;

and

4. The court retains jurisdiction to award costs and attorneys fees.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 9th day of June, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE